1  LAURENCE F. PADWAY (SBN 83914)
   Email: Lpadway@padway.com
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Telephone: (510) 814-6100
4  Fax:        (510) 814-0650

5  Attorney for Plaintiff
   MARLON MONTOYA

6

7  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.publicover@wilsonelser.com
8  DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
9  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
10 525 Market Street, 17th Floor
   San Francisco, California 94105
11 Tel:   (415) 433-0990
   Fax:   (415) 434-1370

12 Attorneys for Defendants
   RELIANCE STANDARD LIFE
13 INSURANCE COMPANY and THE RSL
   GROUP AND BLANKET TRUST
14

15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MONTOYA, | CASE NO. 4:14-cv-02740-WHO |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS FOR SUMMARY JUDGMENT AND ORDER** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, THE RSL GROUP AND BLANKET TRUST, | |
| Defendants | Action Filed: June 13, 2014 |

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS FOR
SUMMARY JUDGMENT
USDC Northern District Court Case No. 4:14-cv-02740-WHO

Whereas Plaintiff's motion for summary judgment and opening brief is due on November 18, 2015; and

Whereas, counsel for plaintiff requests a continuance to Monday, November 23, 2015 due to the fact that he was hospitalized last week for bradycardia, hypotension and acute renal failure;

Now, therefore, the parties have conferred over their respective schedules, including the holidays, and respectfully request that the filing deadlines be continued as follows:

Plaintiff's motion and opening brief:  11/23/15

Defendant's motion and opposition: 12/14/2015

Plaintiff's opposition/reply brief: 12/28/2015

Defense reply/sur-reply brief: 1/8/2016

Hearing: 2/3/2016 at 2:00 p.m.

The delay between the last defense filing and hearing date is necessitated because counsel for plaintiff is set for a jury trial in state court on January 20.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED:

Dated: November 17, 2015          LAW OFFICES OF LAURENCE F. PADWAY

                                        By: /s/Laurence F. Padway
                                             LAURENCE F. PADWAY
                                             Attorneys for Plaintiff
                                             MARLON MONTOYA

| | | |
|---|---|---|
| Dated: November 17, 2015 | | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

By: /s/Dennis J. Rhodes
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendants
RELIANCE STANDARD LIFE INSURANCE COMPANY and THE RSL GROUP AND BLANKET TRUST

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 17, 2015       LAW OFFICES OF LAURENCE F. PADWAY

By: /s/Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff
MARLON MONTOYA

### ORDER

Pursuant to the stipulation of the parties, it is so ordered. The briefing and hearing schedule on the cross-motions for summary judgment are continued as follows:

Plaintiff's motion and opening brief: 11/23/15

Defendant's motion and opposition: 12/14/2015

Plaintiff's opposition/reply brief: 12/28/2015

Defense reply/sur-reply brief: 1/8/2016

Hearing: 2/3/2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Date: November 19, 2015    By: _____
HONORABLE WILLIAM H. ORRICK
UNITED STATED DISTRICT JUDGE