1  LAURENCE F. PADWAY (SBN 83914)
   Email: Lpadway@padway.com
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Telephone: (510) 814-6100
4  Fax:        (510) 814-0650

5  Attorney for Plaintiff
   MARLON MONTOYA

6

7  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.publicover@wilsonelser.com
8  DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
9  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
10 525 Market Street, 17th Floor
   San Francisco, California  94105
11 Tel:    (415) 433-0990
   Fax:    (415) 434-1370

12 Attorneys for Defendants
   RELIANCE STANDARD LIFE
13 INSURANCE COMPANY and THE RSL
   GROUP AND BLANKET TRUST

14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

| MARLON MONTOYA, | ) | CASE NO. 3:14-cv-02740-WHO |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **STIPULATION FOR EXTENSION FOR PLAINTIFF TO FILE REPLY FOR SUMMARY JUDGMENT AND ORDER** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, THE RSL GROUP AND BLANKET TRUST, | ) ) ) ) | |
| Defendants | ) ) ) ) | Action Filed: June 13, 2014 |

STIPULATION TO EXTEND BRIEFING SCHEDULE
USDC Northern District Court Case No.3:14-cv-02740-WHO

1486507v.1

Whereas, the due date for the filing of Plaintiff's opposition/reply in support of motion for summary judgment is December 30, 2015; and

Whereas, counsel for plaintiff requires a short extension of time to January 4, 2016 to file this pleading as a result of a flareup of a chronic cardiac condition;

Whereas, the parties have conferred and stipulate to this extension, and to a similar extension of five days for the filing by defendant of its reply/sur-reply brief.

The hearing date will remain on February 3, 2016.  The revised briefing schedule is:

Plaintiff's opposition/reply brief: 12/30/2015

Defense reply/sur-reply brief: 1/18/2016

Hearing date:  February 3, 2016

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED:

Dated: December 29, 2015            LAW OFFICES OF LAURENCE F. PADWAY

By: */s/Laurence F. Padway*
    LAURENCE F. PADWAY
    Attorneys for Plaintiff
    MARLON MONTOYA

1

STIPULATION TO EXTEND FILING DEADLINE
USDC Northern District Court Case No. 3:14-cv-02740-WHO

Dated: December 29, 2015              WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP


                                      By: /s/Dennis J. Rhodes
                                          ADRIENNE C. PUBLICOVER
                                          DENNIS J. RHODES
                                          Attorneys for Defendants
                                          RELIANCE STANDARD LIFE
                                          INSURANCE COMPANY and THE RSL
                                          GROUP AND BLANKET TRUST


### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 29, 2015              LAW OFFICES OF LAURENCE F. PADWAY


                                      By: /s/Laurence F. Padway
                                          LAURENCE F. PADWAY
                                          Attorneys for Plaintiff
                                          MARLON MONTOYA

## **ORDER**

Pursuant to the stipulation of the parties, it is so ordered.  Briefs are due as follows:

Plaintiff's opposition/reply brief: 1/4/2016

Defense reply/sur-reply brief: 1/18/2016

The hearing date of February 3 remains on calendar.

**IT IS SO ORDERED.**

Date: December 30, 2015        By: _____
                    HONORABLE WILLIAM H. ORRICK
                    UNITED STATED DISTRICT JUDGE