| | |
|---|---|
| 1 | LAURENCE F. PADWAY (SBN 83914) |
|   | Email: Lpadway@padway.com |
| 2 | LAW OFFICES OF LAURENCE F. PADWAY |
|   | 1516 Oak Street, Suite 109 |
| 3 | Alameda, California 94501 |
|   | Telephone: (510) 814-6100 |
| 4 | Fax:          (510) 814-0650 |
| 5 | Attorney for Plaintiff |
|   | MARLON MONTOYA |
| 6 | |
| 7 | ADRIENNE C. PUBLICOVER (SBN 161432) |
|   | Email: Adrienne.publicover@wilsonelser.com |
| 8 | DENNIS J. RHODES (SBN 168417) |
|   | Email: dennis.rhodes@wilsonelser.com |
| 9 | WILSON, ELSER, MOSKOWITZ, |
|   |     EDELMAN & DICKER LLP |
| 10 | 525 Market Street, 17th Floor |
|   | San Francisco, California  94105 |
| 11 | Tel:     (415) 433-0990 |
|   | Fax:    (415) 434-1370 |
| 12 | |
|   | Attorneys for Defendants |
| 13 | RELIANCE STANDARD LIFE |
|   | INSURANCE COMPANY and THE RSL |
| 14 | GROUP AND BLANKET TRUST |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MONTOYA, | CASE NO. 3:14-cv-02740-WHO |
| Plaintiffs, | |
| v. | **STIPULATION FOR EXTENSION FOR PLAINTIFF TO FILE OPPOSITION AND REPLY BRIEF FOR MOTIONS FOR SUMMARY JUDGMENT AND ORDER** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, THE RSL GROUP AND BLANKET TRUST, | |
| Defendants | Action Filed: June 13, 2014 |

STIPULATION FOR EXTENSION FOR PLAINTIFF TO FILE OPPOSITION AND REPLY BRIEF FOR
MOTIONS FOR SUMMARY JUDGMENT, AND ORDER
USDC Northern District Court Case No. 4:14-cv-02740-WHO

Whereas, plaintiff's opposition and reply brief for motions for summary judgment was due on December 30, 2015; and on stipulation of the parties, the due date was extended to January 4, 2016;

Whereas, counsel for plaintiff requests a continuance to Tuesday, January 5, 2016 due to a flare-up of a chronic cardiac condition which resulted in a hospitalization this past weekend;

Now, therefore, the parties hereby stipulate to continue the filing deadline for plaintiff's opposition and reply brief for motions for summary judgment to January 5, 2016, and to extend the due date for defendant's final brief to January 19, 2016. The hearing date of February 3, 2016 will not be affected.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED:

Dated: January 4, 2016         LAW OFFICES OF LAURENCE F. PADWAY

                              By: /s/Laurence F. Padway
                                 LAURENCE F. PADWAY
                                 Attorneys for Plaintiff
                                 MARLON MONTOYA

Dated: January 4, 2016					WILSON, ELSER, MOSKOWITZ,
							EDELMAN & DICKER LLP


						By: /s/Dennis J. Rhodes
							ADRIENNE C. PUBLICOVER
							DENNIS J. RHODES
							Attorneys for Defendants
							RELIANCE STANDARD LIFE
							INSURANCE COMPANY and THE RSL
							GROUP AND BLANKET TRUST

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: January 4, 2016					LAW OFFICES OF LAURENCE F. PADWAY

						By: /s/Laurence F. Padway
							LAURENCE F. PADWAY
							Attorneys for Plaintiff
							MARLON MONTOYA

STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT
2
USDC Case No. 4:14-cv-02740-WHO

# ORDER

Pursuant to the stipulation of the parties, it is so ordered. The deadline for plaintiff to file his opposition and reply brief for motions for summary judgment is continued to January 5, 2016, and the due date for defendant's final brief is extended to January 19, 2016. The hearing date of February 3 remains on schedule.

**IT IS SO ORDERED.**

Date: January 4, 2016          By: _____
                                    HONORABLE WILLIAM H. ORRICK
                                    UNITED STATED DISTRICT JUDGE