LAURENCE F. PADWAY (SBN 83914)
Email: Lpadway@padway.com
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Fax:         (510) 814-0650

Attorney for Plaintiff
MARLON MONTOYA


DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD LIFE
INSURANCE COMPANY and THE RSL
GROUP AND BLANKET TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MONTOYA, | CASE NO. 3:14-cv-02740-WHO |
| Plaintiffs, | **STIPULATION OF THE PARTIES FOR AN ORDER EXTENDING THE TIME TO FILE OPPOSITION AND REPLY BRIEFS RE MOTION FOR FEES, AND ORDER THEREON** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, THE RSL GROUP AND BLANKET TRUST, | |
| | LR-7.12 |
| Defendants | Action Filed: June 13, 2014 |

Plaintiff Marlon Montoya ("Plaintiff"), and Defendant Reliance Standard Life Insurance Company ("Reliance Standard" or "Defendant"), through their attorneys of record, hereby stipulate to and request an order from the Court to extend the time required to file the opposition and reply briefs by one week.

On April 3, 2017, this Court set the briefing schedule and hearing date for Plaintiff's motion for fees and costs. According to the schedule the opposition brief is due on April 17, 2017 and the reply brief is due April 24, 2017. Counsel for Defendant has had an unexpected personal issue arise and has had to be out of the office on April 13 and 14, 2017. Therefore, counsel needs additional time to finalize the brief. The parties stipulate and request that the date for filing the opposition brief be extended by one week to April 24, 2017 and the date for filing the reply brief be extended one week from April 24, 2017 to May 1, 2017. In the event that the hearing set for May 10, 2017 is impacted, the Parties request the hearing be re-set to May 17, 2017.

RESPECTFULLY SUBMITTED:

Dated: April 14, 2017        LAW OFFICES OF LAURENCE F. PADWAY

By: */s/Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
MARLON MONTOYA


Dated: April 14, 2017        WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

By: */s/Dennis J. Rhodes*
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendants
RELIANCE STANDARD LIFE
INSURANCE COMPANY and THE RSL
GROUP AND BLANKET TRUST

1
STIPULATION FOR AN ORDER EXTENDING TIME TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS RE MOTION FOR FEES
USDC Northern District Court Case No. 3:14-cv-02740-WHO

1732249v.1

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Dennis J. Rhodes, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 14, 2017  WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/Dennis J. Rhodes
DENNIS J. RHODES
Attorneys for Defendants
RELIANCE STANDARD LIFE
INSURANCE COMPANY

## ORDER

Pursuant to the stipulation of the parties, it is so ordered. The opposition brief to the motion for fees is due to be filed on or before April 24, 2017. The reply brief is due to be filed on or before May 1, 2017. The hearing is continued to May 17, 2017.

**IT IS SO ORDERED.**

Date: April 17, 2017  By:
HONORABLE WILLIAM H. ORRICK
UNITED STATED DISTRICT JUDGE