LAURENCE F. PADWAY (SBN 83914)
Email: Lpadway@padway.com
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Fax:	(510) 814-0650

Attorney for Plaintiff
MARLON MONTOYA


DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:	(415) 433-0990
Fax:	(415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD LIFE
INSURANCE COMPANY and THE RSL
GROUP AND BLANKET TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON MONTOYA, | CASE NO. 3:14-cv-02740-WHO |
| Plaintiff, | **STIPULATION FOR AN ORDER PERMITTING THE LATE FILING OF PLAINTIFF'S REPLY BRIEF RE MOTION FOR FEES AND COSTS; ORDER THEREON** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, THE RSL GROUP AND BLANKET TRUST, | |
| Defendants | Action Filed: June 13, 2014 |

Pursuant to the Court's order of April 17, 2017, plaintiff's reply brief in support of his motion for fees was due on May 1, 2017;

| | |
|---|---|
| 1 | Counsel for plaintiff undersigned had estimated that the reply brief would take 8 hours to |
| 2 | complete. However, counsel undersigned has found this brief to require far more time than |
| 3 | anticipated. As of Friday, April 29, plaintiff's counsel anticipated a timely filing of the reply brief, |
| 4 | and he spent 10.7 hours working on the brief over the weekend to ensure that he would have |
| 5 | adequate time to complete it on Monday morning. On Monday, May 1, counsel began working on |
| 6 | the brief at 5:30 a.m. Counsel was still working on the brief in the late afternoon, and on review of |
| 7 | the brief at the end of the day, counsel decided to strike and re-write whole sections of it. At 11:30 |
| 8 | p.m., last night, counsel realized the brief would not be ready for filing by midnight, despite having |
| 9 | devoted approximately 30 hours to it. Counsel is continuing to work on the brief today, and |
| 10 | anticipates having the full day available with the exception of a medical appointment and one |
| 11 | conference call. Counsel expects to have the brief ready for filing late today, but in an abundance of |
| 12 | caution, plaintiff's counsel requests that he be allowed to file the brief no later than Wednesday, May |
| 13 | 3, 2017, two weeks before the hearing on the motion, which is scheduled for May 17. |
| 14 | The parties have met and conferred, and defendants have no objection to the late filing of Mr. |
| 15 | Montoya's reply brief. |

RESPECTFULLY SUBMITTED:

Dated: May 2, 2017          LAW OFFICES OF LAURENCE F. PADWAY

                             By: /s/Laurence F. Padway
                                 LAURENCE F. PADWAY
                                 Attorneys for Plaintiff
                                 MARLON MONTOYA


Dated: May 2, 2017          WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP

                             By: /s/Dennis J. Rhodes
                                 DENNIS J. RHODES
                                 Attorneys for Defendants
                                 RELIANCE STANDARD LIFE
                                 INSURANCE COMPANY and THE RSL
                                 GROUP AND BLANKET TRUST

STIPULATION FOR AN ORDER PERMITTING THE LATE FILING OF PLAINTIFF'S REPLY
BRIEF RE MOTION FOR FEES AND COSTS; ORDER
USDC Northern District Court Case No. 3:14-cv-02740-WHO
1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: May 2, 2017

/S/ Laurence F. Padway
LAURENCE F. PADWAY

Attorneys for Plaintiff

**ORDER EXTENDING TIME**

Good cause appearing, it is ordered that plaintiff may file his reply brief in support of plaintiff's motion for fees may be filed no later than May 3, 2017.

**IT IS SO ORDERED.**

Date: May 3, 2017    By: _____
HONORABLE WILLIAM H. ORRICK
UNITED STATED DISTRICT JUDGE